**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,          :   No. 285 EAL 2023
                                       :
               Respondent         :
                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court
        v.                            :
                                       :
                                       :
MELVIN KING,                           :
                                       :
               Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.